Adam E. Hauf
Of Counsel With
The Forakis Law Firm
5400 West Northern Ave., Suite 103
Glendale, Arizona 85301
P: 623.252.0742 F: 623.321.2310
adam@hauflaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| | Case No.: 2:13-BK-15314-EPB |
| HAL EPHRAM GREEN and | STIPULATED MOTION TO CONTINUE HEARING ON OBJECTION TO PROOF OF CLAIM |
| JILL RAE GREEN, | |
| Debtors. | |
| | ORIGINAL HEARING SET FOR: DATE: May 29, 2014 TIME: 2:30 P.M. |

The Debtors, HAL EPHRAM GREEN and JILL RAE GREEN, by and through their undersigned attorney, along with Wells Fargo Bank, NA, by and through their undersigned attorney hereby file their Motion to Continue Hearing on Objection to Proof of Claim, and request that the Court grant this Motion for the reason set forth herein.

1. The Debtors are currently in negotiations with Wells Fargo Bank, NA which may resolve their objection.

WHEREFORE, the Debtors request that the Hearing on Objection to Proof of Claim be continued at least 30 days to allow time for negotiations.

RESPECTFULLY submitted this 27th day of May, 2014.

SO STIPULATED:

_____
Adam E. Hauf
5400 West Northern Avenue, Suite 103
Glendale, Arizona 85301
Attorneys for Debtors

_____
Philip Giles
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 91277-0933
Attorney for Wells Fargo Bank, NA

Original filed this 27th
day of May, 2014

Copy of the foregoing Motion
mailed this 27th day
of May, 2014, to:

United States Trustee Office
230 N. First Ave., Suite 204
Phoenix, AZ 85003

By: /s/ Deanna Reppy
     Deanna Reppy