SO ORDERED.

Dated: July 30, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

FOR MATTER TAKEN UNDER ADVISEMENT

| | |
|---|---|
| Bankruptcy Judge: | Eddward P. Ballinger, Jr. |
| Case Name: | Hal Ephram Green and Jill Rae Green |
| Case Number: | 2:13-bk-15314-EPB |
| Subject of Matter: | Order to Show Cause Hearing held July 7, 2015 |
| Date Matter Taken Under Advisement: | July 7, 2015 |
| Date Matter Ruled Upon: | July 30, 2015 |

The Court continues to have concerns regarding actions taken in this case by debtors' former counsel, Adam E. Hauf, with respect to Wells Fargo Bank, N.A.'s proof of claim and related motion for summary judgment. After hearing Mr. Hauf's explanation, a question remains as to whether he engaged in appropriate legal analysis and/or failed to take steps to ensure his legal arguments had evidentiary support. On the other hand, it may be that the record reflects an aberrational lapse. For this reason,

IT IS ORDERED that attorney Hauf shall file a report (not more than ten pages in length) setting forth the steps he has taken, or will be taking, to improve his level of advocacy and guaranty that it is not subject to valid criticism regarding its legitimacy. The Court will not dictate what this improvement plan shall include, but provides, by way of illustration, the individual mentoring program offered by the State Bar of Arizona. The report shall be filed with the court, under seal, on or before September 14, 2015.