| | |
|---|---|
| 1 | Hilary L. Barnes, State Bar #19669 |
| | Katherine Anderson Sanchez, State Bar #30051 |
| 2 | **ALLEN MAGUIRE & BARNES, PLC** |
| | 1850 N. Central Ave., Suite 1150 |
| 3 | Phoenix, Arizona 85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | Email hbarnes@ambazlaw.com |
| 5 | ksanchez@ambazlaw.com |
| 6 | Attorneys for Debtors |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 13 |
|---|---|
| HAL EPHRAIM and JILL RAE GREEN, | Case No. 2:13-15314-EPB |
| Debtors. | **MOTION FOR EXPEDITED HEARING ON MOTION TO DISGORGE FEES** |

Hal Ephraim Green and Jill Rae Green ("Debtors"), the debtors in the above captioned chapter 13 case, by and through undersigned counsel, hereby request an expedited hearing on the *Motion to Disgorge Fees* [Dkt. No. 132] ("Motion"). An expedited hearing is appropriate because: (1) a continued status hearing regarding confirmation is set for October 6, 2015; (2) the disgorgement of fees and the disallowance of additional compensation will impact the success of confirmation in this case.

**WHEREFORE**, Debtors respectfully request an Order setting an expedited hearing on October 6, 2015 at 1:30 p.m. to consider the Motion.

DATED: September 21, 2015

                                                                  **ALLEN MAGUIRE & BARNES, PLC**

                                                                  /s/ *KAS #30051*
                                                                  Hilary L. Barnes
                                                                  Katherine Anderson Sanchez
                                                                  1850 N. Central Ave., Suite 1150
                                                                  Phoenix, AZ 85004
                                                                  Proposed Attorneys for Debtors

*/ / /*

*/ / /*

| | |
|---|---|
| 1 | **E-FILED** on September 21, 2015 with the U.S. Bankruptcy Court and copies served |
| 2 | via ECF notice on all parties that have appeared in the case. |
| 3 | |
| 4 | **COPY** mailed the same date via U.S. Mail to: |

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ  85003-1706

**COPY** e-mailed the same date to:

| | |
|---|---|
| Philip J. Giles | Elizabeth Amorosi |
| Jamin S. Neil | Patty Chan |
| Josephine E. Salmon | Jennifer A. Giaimo |
| ALDRIDGE PITE, LLP | OFFICE OF THE U.S. TRUSTEE |
| 4375 Jutland Dr., Suite 200 | 230 N. First Ave., #204 |
| PO Box 17933 | Phoenix, AZ  85003 |
| San Diego, CA  92177-0933 | Elizabeth.c.amorosi@usdoj.gov |
| ecfazb@aldridgepite.com | Patty.chan@usdoj.gov |
| jneil@piteduncan.com | Jennifer.A.Giaimo@usdoj.gov |
| *Attorneys for Wells Fargo Bank* | |
| | |
| Adam Hauf | Edward J. Maney |
| THE LAW OFFICE OF ADAM HAUF | Chapter 13 Trustee |
| 5400 W. Northern Ave., Suite 110 | 101 N. First Ave, Suite 1775 |
| Glendale, AZ  85301 | Phoenix, AZ  85003 |
| adam@hauflaw.com | ejm@maney13trustee.com |

/s/ Charlene Gates
Charlene Gates