| | |
|---|---|
| 1 | Hilary L. Barnes, State Bar #19669 |
| | Katherine Anderson Sanchez, State Bar #30051 |
| 2 | **ALLEN MAGUIRE & BARNES, PLC** |
| | 1850 N. Central Ave., Suite 1150 |
| 3 | Phoenix, Arizona 85004 |
| | Ofc: (602) 256-6000 |
| 4 | Fax: (602) 252-4712 |
| | Email  hbarnes@ambazlaw.com |
| 5 |   ksanchez@ambazlaw.com |
| 6 | Attorneys for Debtors |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| HAL EPHRAIM and JILL RAE GREEN, | Case No. 2:13-15314-EPB |
| Debtors. | **AFFIDAVIT OF SERVICE** |

STATE OF ARIZONA   )
                   ) ss.
County of Maricopa )

Charlene Gates, being first duly sworn upon her oath, deposes and states that she is over the age of 21 years, she is employed by the law firm of Allen Maguire & Barnes, PLC, and that on **September 23, 2015**, she mailed copies of the *Order Granting Motion for Hearing on Motion to Disgorge Fees* [Dkt. No.135] in sealed postage prepaid envelopes addressed to:

| | |
|---|---|
| Adam Hauf | Philip J. Giles |
| THE LAW OFFICE OF ADAM HAUF | ALDRIDGE PITE, LLP |
| 5400 W. Northern Ave., Suite 110 | 4375 Jutland Dr., Suite 200 |
| Glendale, AZ 85301 | PO Box 17933 |
| | San Diego, CA 92177-0933 |
| Janet E. Jackim | Elizabeth Amorosi |
| SACKS TIERNEY | OFFICE OF THE U.S. TRUSTEE |
| 4250 N. Drinkwater Blvd. | 230 N. First Ave., #204 |
| 4th Floor | Phoenix, AZ 85003 |
| Scottsdale, AZ 85251 | |
| Josephine E. Salmon | David L. Knapper |
| ALDRIDGE PITE, LLP | LAW OFFICES OF DAVID L. KNAPPER |
| 4375 Jutland Dr., Suite 200 | 1599 E. Orangewood Ave #125 |
| PO Box 17933 | Phoenix, AZ 85020 |
| San Diego, CA 92177-0933 | |

/ / /

I:\7000\7100 - HLB\7132 - Green, Hal and Jill\02 Pleadings\Admin\Motion to Disgorge\AOM.doc

| | |
|---|---|
| Jennifer A. Giaimo<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Ave., #204<br>Phoenix, AZ 85003 | Jamin S. Neil<br>ALDRIDGE PITE, LLP<br>4375 Jutland Dr., Suite 200<br>PO Box 17933<br>San Diego, CA 92177-0933 |
| Lori A. Lewis<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>Civil Services Division<br>222 N. Central Ave., Suite 1100<br>Phoenix, AZ 85004-2206 | Patty Chan<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Ave., #204<br>Phoenix, AZ 85003 |

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave, Suite 1775
Phoenix, AZ 85003

DATED: September 24, 2015.

/s/ *Charlene Gates*
Charlene Gates

SUBSCRIBED AND SWORN TO BEFORE ME this 24th day of September, 2015 by Charlene Gates.

/s/ *Monica J. Baca*
Notary Public

My Commission Expires 09/29/18